Decided May 29, 2007

## BENNIE G. GRAY, JR. *v.* COMMISSIONER OF CORRECTION

The petitioner Bennie G. Gray, Jr.'s petition for certification for appeal from the Appellate Court, 99 Conn. App. 444 (AC 25801), is denied.

*Donald J. O'Brien*, special public defender, in support of the petition.

Decided June 5, 2007

## STATE OF CONNECTICUT *v.* FITZROY HUNTER

The defendant's petition for certification for appeal from the Appellate Court, 99 Conn. App. 736 (AC 27169), is denied.

*Cynthia Fernandez-Romano*, in support of the petition.

*Sarah Hanna*, special deputy assistant state's attorney, in opposition.

Decided June 5, 2007